Date of Arrest: **09/21**

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br>Noel Guadalupe GONZALEZ<br>AKA: None Known<br>073439590<br>YOB: 1977<br>Citizen of: Mexico<br>Defendant | Magistrate Case No. 17-1747MJ<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about September 21, 2017 Defendant Noel Guadalupe GONZALEZ, an alien, was found in the United States at or near San Luis, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of Hidalgo, Texas, on or about September 6, 2005. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA John Ballos

Signature of Complainant
Roger Keller Jr
BORDER PATROL AGENT

Sworn to before me and subscribed in my presence,

September 22, 2017    at    Yuma, Arizona
Date                                       City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer          Signature of Judicial Officer

-1-

UNITED STATES OF AMERICA,

          Vs.

Noel Guadalupe GONZALEZ
AKA: None Known
073439590

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about September 21, 2017, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Seattle, Washington on or about April 24, 1997. The Defendant was most recently removed on or about September 6, 2005, through the port of Hidalgo, Texas, subsequent to a conviction in an United States District Court, District of Arizona on or about November 5, 2003, for the crime of Re-Entry After Removal, a felony.

Agents determined that on or about September 21, 2017, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

Signature of Complainant

Sworn to before me and subscribed in my presence,

September 22, 2017
Date

Signature of Judicial Officer